IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY MARK TABOR,

    Plaintiff,

vs.                            CASE NO. 3:07cv174/RS

SHERIFF RON McNESBY and
JAMES E. SULLIVAN, JR.,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion to Strike Defendant Sullivan's Rule 26(A)(2) Expert Disclosure (Doc. 41). Defendant's disclosure of Janice M. Johnson is untimely and does not comply with the requirements of Fed. R. Civ. P. 26(a)(2). Defendant Sullivan acknowledges that the disclosure is not timely and offers no good cause to excuse the late disclosure. Defendant Sullivan's Expert Witness Disclosure is stricken, and Janice M. Johnson will not be permitted to testify at trial as an expert witness.

ORDERED on December 10, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**